```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF FLORIDA
                          PENSACOLA DIVISION

IN RE:                              )
                                    )
LEISURE TYME RV, INC.,              )    CASE NO.  09-30419-LMK
                                    )      CHAPTER 7
                                    )
          Debtor.                   )
_____)
```

## REPORT AND NOTICE OF TRUSTEE'S
## INTENTION TO ABANDON PROPERTY OF ESTATE

JOHN E. VENN, JR., Trustee, reports that he intends to abandon the following property of the estate:

**1)   PROPERTY DESCRIPTION:**   All interest in the following items of personal property:

```
2008 Adrenaline 26' Travel Trailer, VIN 1TC2B184083100856
2001 Discovery 39' DP, VIN 4UZAAHBV41CH79152
2004 Mountain Aire 38' FW, VIN 1N8SD383140901885
2001 Storm 31' Storm Motor Home, VIN 1FCNF53SXY0A13218
2008 Ventana 33' DP, VIN 4VZBN1A948C060975
2003 Safari 30' Motor Home, VIN 5B4MP67G033361840
2007 Montana 35' FW, VIN 4YDF30502674702968

24 x 60 Modular Building, Serial No.  Kings - 32938 A & B
```

**2)   PROPERTY VALUE:** $Unknown

**3)   REASON FOR ABANDONMENT:** There are validly perfected liens on the property which equal or exceed the value of the property.

NOTICE IS HEREBY GIVEN that all objections to the proposed abandonment shall be in writing and filed with the Clerk Bankruptcy Court, 110 E. Park Ave., Room 100, Tallahassee, FL 32301, with a copy served on the trustee within fifteen (15) days from the date of mailing.  The objection shall state the reason for the objection and include a request for hearing.  If no objection is filed, the abandonment shall be deemed to be final.

```
Dated: 5/20/09                      /s/ John E. Venn, Jr.
                                    JOHN E. VENN, JR., TRUSTEE
                                    FL Bar No. 184992
                                    220 W. Garden St., #603
                                    Pensacola, FL 32502
                                    (850) 438-0005
                                    johnevennjrpa@aol.com
```

Copies Mailed on 5/20/09

```
                                           By /s/ A.M.
```

```
Label Matrix for local noticing          Branch Banking & Trust Company         GE Commercial Distribution Finance Corporati
1129-3                                   c/o Dennis LeVine & Associates, P.A.   c/o John H. Adams
Case 09-30419-LMK                        P.O. Box 707                           200 Grand Boulevard, Suite 205A
Northern District of Florida             Tampa, FL 33601-0707                   Destin, FL 32550-1884
Pensacola
Wed May 20 11:32:47 EDT 2009

Landrum Professional Employers Services, Inc   Leisure Tyme RV, Inc.           REGIONS BANK
c/o Keith L. Bell, Esquire               1490 Hwy 98 West                       1300 W. Main Street
Post Office Box 13010                    Mary Esther, FL 32569-1567             Pensacola, FL 32502-5374
Pensacola, FL 32591-3010


c/o James E. Sorenson Pen Air Federal Credit   Pensacola                        AT&T
Post Office Box 4128                     110 East Park Avenue                   P.O. Box 105024
Tallahassee, FL 32315-4128               Suite 100                              Atlanta, GA 30348-5024
                                         Tallahassee, FL 32301-7726


Abacus Systems                           Accurate Control AP                    Advanced Control AP
PO Box 7173                              PO Box 533                             dba Seville Security and Sound
Pensacola, FL 32534-0173                 Fairhope, AL 36533-0533                1502 N. 9th Avenue
                                                                                Pensacola, FL 32503-5576


Airgas Safety In AP                      Airgas South                           Alan Ohstrom
PO Box 951884                            922 Skipper Avenue                     2005 Anchor Drive
Dallas, TX 75395-0001                    Fort Walton Beac, FL 32547-7315        Navarre, FL 32566-7631


Alton & Martha Maddux                    Amanda Phillips                        American Express
c/o Sally Bussell Fox, Esq.              7567 Allie Grimes Road                 P.O. Box 650448
30 South Spring St.                      Navarre, FL 32566-9652                 Dallas, TX 75265-0448
Pensacola, FL 32502-5612


Amerigas                                 Angela Vise                            Assurant Group
PO Box 105018                            5083 Cattle Trail Dr.                  21844 Network Place
Atlanta, GA 30348-5018                   Milton, FL 32583-9393                  Chicago, IL 60673-1218


BB&T                                     Bank of America                        Bank of America
101 S. Elm Street                        1355 Windward Concourse                9000 Southside Blvd Bldg 600
Greensboro, NC 27401-2698                Alpharetta, GA 30005-8899              Jacksonville, FL 32256-0789


Bank of America                          Bank of America                        Bank of America
P.O. Box 15715                           P.O. Box 45224                         PO 21848
Wilmington, DE 19886-5715                Jacksonville, FL 32232-5224            Greensboro, NC 27499-0001


Bank of the West                         Bank of the West                       Barbara Eygabroa
1450 Treat Blvd.                         PO Box 8160                            8094 Sleepy Bay Blvd.
Walnut Creek, CA 94597-7579              Walnut Creek, CA 94596-8160            Navarre, FL 32566-7964
```

| | | |
|---|---|---|
| Bessi L. Pena<br>1522 Erwin Drive<br>Pensacola, FL 32514-4805 | Bill Robinette<br>9531 Bowman Avenue<br>Pensacola, FL 32534-1081 | Bradley Stevenson<br>1828 Candlewood drive<br>Navarre, FL 32566-8304 |
| Branch Banking & Trust Company<br>c/o David E. Hicks, Esq.<br>POB 707<br>Tampa, FL 33601-0707 | Brian Hannon<br>915 Pippin Drive<br>Mary Esther, FL 32569-2385 | Brian Hill<br>1411 Joseph Circle<br>Gulf Breeze, FL 32563-8100 |
| Brian Prescott<br>602 Camborne Avenue<br>Fort Walton Beac, FL 32547-1703 | Bruce Quinn<br>2209 Andorra Street<br>Navarre, FL 32566-9201 | Business Card<br>PO Box 15710<br>Wilmington, DE 19886-5710 |
| C. Anthony Cortese<br>110 Rainbow Dr. PMB 1036<br>Livingston, TX 77399-1010 | Capital One<br>P.O. Box 85184<br>Richmond, VA 23285-5184 | Caren Twietmeyer<br>17203 Verona Street<br>Navarre, FL 32566 |
| Caylon A. Thigpen<br>17203 CR 83<br>Summerdale, AL 36580-3831 | Century Tel<br>PO Box 4300<br>Carol Stream, IL 60197-4300 | Cintas<br>PO Box 190727<br>Mobile, AL 36619-0727 |
| Cit Technology<br>21146 Network Place<br>Chicago, IL 60673-1211 | Cit Technology<br>One Deerwood<br>10201 Centurion Pkwy N Ste 100<br>Jacksonville, FL 32256-4114 | City of Pensacola<br>P.O. Box 12910<br>Pensacola, FL 32521-0044 |
| Coast Distribution<br>175 Greenfield Road<br>Lancaster, PA 17601-5834 | Coast Distribution<br>PO Box 1750<br>Morgan Hill, CA 95038-1750 | Color Tyme RV<br>1411 Joseph Circle<br>Gulf Breeze, FL 32563-8100 |
| Community Coffee<br>PO Box 60141<br>New Orleans, LA 70160-0141 | Cooling and Heating AP<br>PO Drawer 700<br>Fort Walton Beac, FL 32549-0700 | Cox Communications<br>PO Box 9001078<br>Louisville, KY 40290-1078 |
| Culligan Water<br>1015-H Shelton Beach Rd<br>Saraland, AL 36571-3019 | Cummins Mid-South<br>PO Box 842316<br>Dallas, TX 75284-2316 | Daniel M. Dalton<br>14874 Chase Court<br>Summerdale, AL 36580-4322 |
| David Fountain<br>6851 Liberty Street<br>Navarre, FL 32566-8610 | Debra Stillion<br>PO Box 2392<br>Orange Beach, AL 36561-2392 | Dex<br>8400 Innovation Way<br>Chicago, IL 60682-0085 |

| | | |
|---|---|---|
| Dexter Chassis<br>PO Box 102478<br>Atlanta, GA 30368-2478 | Dolphin Capital<br>PO Box 644006<br>Cincinnati, OH 45264-0309 | Dometic<br>Dept CH 17587<br>Palatine, IL 60055-0099 |
| Donald McBrier<br>208 Arabian Drive<br>Pensacola, FL 32506-5173 | Dowdle Gas<br>PO Box 640<br>Summerdale, AL 36580-0640 | Elite Fire Protection<br>PO Box 4369<br>Gulf Shores, AL 36547-4369 |
| Equifax Information<br>PO Box 105835<br>Atlanta, GA 30348-5835 | Experian<br>475 Anton Blvd.<br>Costa Mesa, CA 92626-7037 | Experian<br>Dept 1971<br>Los Angeles, CA 90088-1971 |
| First National BAnk & Trust Co. of Ft. Walto<br>c/o Mark Freund, Esq.<br>500 North Westshore Blvd., Ste 1010<br>Tampa, FL 33609-3524 | First National Bank<br>PO Drawer 1327<br>Fort Walton Beac, FL 32549-1327 | Fleet Fueling<br>PO Box 6293<br>Carol Stream, IL 60197-6293 |
| Floyd C. Lucas<br>708 Gibbs Avenue<br>Fort Walton Beac, FL 32547-1732 | Forest River<br>21815 Network Place<br>Chicago, IL 60673-1218 | GE Commercial<br>3414 Collection Center Drive<br>Chicago, IL 60693-9506 |
| GE Commercial Distribution Finance Corp.<br>c/o Eric Strutz<br>5595 Trillium Boulevard<br>Hoffman Estates, IL 60192-3405 | GE MB Lending<br>3355 Michelson Drive 2nd FL<br>Irvine, CA 92612-7650 | GECDF<br>2625 South Plaza Drive<br>Tempe, AZ 85282-3375 |
| GMAC<br>PO Box 55306<br>Birmingham, AL 35255 | GMAC Payment Pro<br>PO Box 9001948<br>Louisville, KY 40290-1948 | Garwood Wolfe<br>2040 West Main Street<br>Rapid City, SD 57702-0904 |
| General Electric Capital Corp<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids, IA 52404-8247 | Girard Systems<br>dba Wells Fargo Business Credi<br>PO Box 202056<br>Dallas, TX 75320-2056 | Gloria B. Jones<br>221 Katherine Place<br>Fort Walton Beac, FL 32548-4208 |
| Great American Leasing Corporation<br>POB 609<br>Cedar Rapids, IA 52406-0609 | GreatAmerican Leasing<br>8742 Innovation way<br>Chicago, IL 60682-0087 | Gulf Coast Geni<br>PO Box 2201<br>Milton, FL 32571-0401 |
| Gulf Power Company<br>PO BOx 830660<br>Birmingham, AL 35283-0660 | GulfStream Coach<br>PO Box 1005<br>Nappanee, IN 46550-0905 | Hart Enterprises<br>3470 Hurricane Bay Way<br>Theodore, AL 36582-5290 |

| | | |
|---|---|---|
| Heather Roley<br>PO Box 328<br>Molino, FL 32577-0328 | Home Depot<br>P.O. Box 6029<br>The Lakes, NV 88901.6029 | Independent Telephone<br>4 Walter Martin Road<br>Fort Walton Beac, FL 32548 |
| Integrated Dealer Systems<br>5275 Capital Blvd.<br>Raleigh, NC 27616-2925 | Interstate Battery<br>1541 E I-65 Service Rd S<br>Mobile, AL 36606-2742 | J. Steven Ford, Esquire<br>Post Office Drawer 13430<br>Pensacola, FL 32591-3430 |
| James D. Taylor<br>5540 Olivia Lane<br>Milton, FL 32583-9146 | James H. Mitchell<br>1612 Hennessey Rd. Lot 47<br>Ontario, NY 14519-9526 | James Heitman<br>226 Parwin Road<br>Spartanburg, SC 29303-4744 |
| James Ivy<br>6671 Sullivan Road<br>Semmes, AL 36575-8813 | James McNally<br>1114 E. John Sims Parkway<br>Niceville, FL 32578-2204 | James Temple<br>16 Enchanted Way<br>Santa Rosa Beach, FL 32459-7140 |
| Jerald H. McClai<br>3013 TP White Drive<br>Jacksonville, AR 72076-2520 | Jerry Lewis Sr.<br>2180 River Road<br>Clarksville, TN 37040-7253 | Jerry Oneal Lewis<br>2180 River Road<br>Clarksville, TN 37040-7253 |
| Jesse C. Bush, Jr.<br>224 Windward Way<br>Niceville, FL 32578-4328 | Jesse C. Bush, Jr.<br>Kathleen R. Bush<br>c/o Richard H. Powell, Esq.<br>PO Drawer 2167<br>Fort Walton Beach, FL 32549-2167 | Jim Furr & Associates<br>17 South Palafox Street Ste 3<br>Pensacola, FL 32501 |
| John Bright<br>701 W. Providence Estates<br>Mobile, AL 36695-4607 | John D. Watters<br>20050 Oak Road Apt 1511<br>Gulf Shores, AL 36542-5734 | John Pankratz<br>6 Weekewachee Circle<br>Destin, FL 32541-4426 |
| Kenneth A. Zell<br>1490 Hwy 98 West<br>Mary Esther, FL 32569-1567 | LA DOTD Federal<br>1201 Capitol Access Rd<br>Baton Rouge, LA 70802-4438 | Landrum Professional<br>PO Box 15698<br>Pensacola, FL 32514-0698 |
| Landrum Professional Employer Services, Inc.<br>c/o Keith L. Bell, Jr., Esquire<br>Post Office Box 13010<br>Pensacola, Florida  32591-3010 | Lightening RV<br>PO Box 448<br>Thonotosassa, FL 33592-0448 | Lowes<br>PO Box 530970<br>Atlanta, GA 30353-0970 |
| Lyle Walker and Compay<br>1020 Northpark Drive<br>Ridgeland, MS 39157-5299 | MTP Auto Leasing<br>247-25 Jericho Turnpike<br>Bellerose, NY 11426-1541 | Margo A. Scott<br>405 Litte John Road<br>Mary Esther, FL 32569-2226 |

| | | |
|---|---|---|
| Mark Santinell<br>405 Ronda Street<br>Pensacola, FL 32534-9677 | Mark Tinnirella<br>2083 Resort St.<br>Navarre, FL 32566-5602 | Michael Alger<br>506 E 2nd Street<br>Panama City, FL 32401-3808 |
| Nancy A. Gafkjen<br>2760 Oakey Court<br>Navarre, FL 32566-7943 | Nancy A. Gapkjen<br>2760 Oakey Court<br>Navarre, FL 32566-7943 | Napa<br>PO Box 511<br>Robertsdale, AL 36567-0511 |
| National City Bank<br>6750 Miller Road<br>Brecksville, OH 44141-3239 | OCWS<br>1804 Lewis Turner Blvd Ste 300<br>Fort Walton Beac, FL 32547-1285 | Old City Web Services, Inc.<br>2155 Old Moultry Road Ste 109<br>St Augustine FL 32086-5106 |
| Old Seville<br>PO Box 967<br>Gulf Breeze, FL 32562-0967 | Pace American<br>223 Rip Wiley Rd.<br>Fitzgerald, GA 31750-8934 | Patrick M. Gillie<br>2164 Bellmeade Circle<br>Navarre, FL 32566-2828 |
| Pen Air Federal Credit Union<br>c/o Christopher T. Conte<br>Helmsing, Leach Herlong Newman & Rouse,<br>POB 2767<br>Mobile, AL 36652-2767 | Reed Brothers In.<br>PO Box 9<br>Hodgenville, KY 42748-0009 | Reed Brothers Insurance<br>PO Box 9<br>Hodgenville, KY 42748-0009 |
| Regions Bank<br>1751 Congressman Dickinson Dri<br>Montgomery, AL 36109 | Regions Bank<br>P.O. Box 11007<br>Birmingham, AL 35286 | Regions Bank<br>c/o Linda A. Hoffman, Esquire<br>1300 W. Main Street<br>Pensacola, FL 32502-5374 |
| Riviera Utilities<br>PO Box 2050<br>Foley, AL 36536-2050 | Rodney Cammauf<br>428 Childers Street<br>Pensacola, FL 32534-9630 | Rusty D. Wilson<br>679 East Michigan Ave Apt 701<br>Foley, AL 36535-3101 |
| Sam's Club<br>4538 Dept 49<br>Carol Stream, IL 60197-4538 | Sandra Twietmeyer<br>1957 Esplanade Street<br>Navarre, FL 32566-1062 | Stag Parkway<br>PO Box 405133<br>Atlanta, GA 30384-5133 |
| Stag Parkway, Inc.<br>c/o Scott B. Chapman, Esq.<br>7700 Congress Avenue<br>Suite 3204<br>Boca Raton, FL 33487-1357 | State of South Dakota<br>DMV<br>445 E. Capital Avenue<br>Pierre, SD 57501-3100 | Steve J and Patricia J. Steplowski<br>c/o Shari Thieman Greene, Esq.<br>2721 Gulf Breeze Parkway<br>Gulf Breeze, FL 32563-3047 |
| Steve Steplowski<br>8540 Navarre Pkwy<br>Navarre, FL 32566-6901 | Steven G. Booth<br>1490 Hwy 98 West<br>Mary Esther, FL 32569-1567 | Steven Gardner<br>6601 Admiral Street<br>Navarre, FL 32566-8176 |

Steven J. & Patricia J. Steplowski
8540 Navarre Pkwy
Navarre, Fl 32566-6901

Steven I. Pardue
60 Josie Road
Mary Esther, FL 32569-1552

Sunco Maintenance
337 Commerec STreet
Pensacola, FL 32507-3422


Supply Specialties
1874 Vineyard Street
Navarre, FL 32566-8441

Terry J. Drake
19275-A Vaughn Rd
Seminole, AL 36574-2617

Textron Financial
23502 Network Place
Chicago, IL 60673-1235


Theodore Hunting
2024 Casa
Navarre, FL 32566

Thomas William
6003 Cobbler Lane
Crestview, FL 32539-7141

Thor Credit Corp
PO Box 51822
Los Angeles, CA 90051-6122


Tina Wolfe
8270 Tortuga Street
Navarre, FL 32566-9371

Todd Tingley
240 Argyle Ct
Mary Esther, FL 32569-1701

Toshiba America
PO Box 740441
Atlanta, GA 30374-0441


Toshiba Financial
PO Box 790448
Saint Louis, MO 63179-0448

Total Business
PO Box 2767
Pensacola, FL 32513-2767

Trans Union LLC
PO Box 99506
Chicago, IL 60693-9506


U.S. Trustees Office
1418 Richard Russell Bldg
75 Spring St, S.W.
Atlanta, GA 30303-3315

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

USAA Federal Savings Bank
10750 McDermott Fwy
San Antonio, TX 78288-0544


United States Trustee
110 E. Park Avenue
 Suite 128
Tallahassee, FL 32301-7728

Waldorf Insurance
708 Mathis Lane
Fort Walton Beac, FL 32547-1486

Waste Management
PO Box 105453
Atlanta, GA 30348-5453


Wayne Dugas
38 West Hodge Road
Santa Rosa Beach, FL 32459-3471

Wells Fargo Bank
PO Box 93399
Albuquerque, NM 87199-3399

William Hartzell
7130 Dale STreet
Pensacola, FL 32503-7249


J. Steven Ford
Wilson, Harrell, Farrington
307 S. Palafox Street
Pensacola, FL 32502-5929

Jesse C. Bush
c/o Richard Powell & Assoc.
P.O. Drawer 2167
Fort Walton Beach, FL 32549-2167

John E. Venn Jr.
220 W. Garden Street
Suite 603
Pensacola, FL 32502-5732


Mark Freund
Igler & Dougherty, P.A.
500 North Westshore Blvd., Suite 1010
Tampa,, FL 33609-3524

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

US Bank
1850 Osborn Avenue
Oshkosh, WI 54902

(d)US Bank
P.O. Box 2188
Oshkosh, WI 54903-2188

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)First National Bank and Trust Co. of Ft. W

(d)American Express
PO Box 650448
Dallas, TX 75265-0448

(u)Edward Allen
2119 N. Alskon Street
36935

(d)Gulf Power Company
PO Box 830660
Birmingham, AL 35283-0660

(d)Leisure Tyme RV, Inc.
1490 Hwy 98 West
Mary Esther, FL 32569-1567

(u)Paul Bialowas
23944 Edwards Road
70741

(u)Alton & Martha Maddux

(u)Steve J. &  Patricia Steplowski

End of Label Matrix
Mailable recipients    177
Bypassed recipients      8
Total                  185