IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                    )

LEISURE TYME RV, INC.,                    )    CASE NO. 09-30419-LMK
                                               CHAPTER 7
      Debtor.                              )

ORDER GRANTING MOTION BY
JAMES AND DORIS MCNALLY FOR RELIEF FROM STAY

**THIS CASE** came before the Court upon a Motion for Relief from the Automatic Stay filed by Earl P. Underwood, Jr., attorney for James and Doris McNally (Doc. 137). The Court directed a response to the motion, but the Debtor did not oppose the motion despite the opportunity to do so. It is therefore

**ORDERED AND ADJUDGED:**

1. The Motion for Relief from Stay is granted.

2. The automatic stay is modified to the extent necessary to determine the value of the claims of the above parties against Leisure Tyme TV, Inc. and to collect said claims out of any bond or insurance coverage that is available to pay them.

3. This order is entered for the sole purpose of allowing Movants to determine the value of their claims. This order does not authorize the Movants to seek or obtain a remedy against the debtor.

DONE AND ORDERED in the Northern District of Florida, on June 21, 2010.

*/s/ Lewis M. Killian, Jr.*

LEWIS M. KILLIAN, JR.
United State Bankruptcy Judge